MINUTE ENTRY           11:00 a.m.

UNITED STATES OF AMERICA -vs- CHEN, LI WU

PRESENT: HON. ALEX R. MUNSON, CHIEF  JUDGE PRESIDING
  K. LYNN LEMIEUX, DEPUTY CLERK
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
  CHEN, LI WU,  DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

 Defendant CHEN, Li Wu appeared without counsel.  Government was represented by Jamie Bowers, AUSA.  Also present were DEA Agent, Deborah Muusers and U.S. Probation Officer Margarita Wonenberg.

 Aby Leung was present and sworn as interpreter/translator of the Mandarin language.

 Defendant was advised of the charges against him in the Indictment and his constitutional rights.  Court after reviewing the defendant's financial affidavit determined that the defendant did qualify for court appointed counsel and ordered that the Clerk appoint counsel.

 Government requested that "no bail" be set at this time and that the defendant be held in custody.  Court order "no bail" at this time.  Court set Arraignment for FRIDAY, March 4, 2005 at 9:00 a.m.  Defendant was remanded into the custody of the U. S. Marshal.

 Government moved to unseal CR- 04-00030.  Court so ordered.


      Adj. 11:23 a.m.


;   [KLL EOD 03/03/2005]