MINUTE ENTRY          9:20 a.m.


UNITED STATES OF AMERICA -vs- CHEN, LI WU

PRESENT: HON. ALEX R. MUNSON, CHIEF  JUDGE PRESIDING
  K. LYNN LEMIEUX, DEPUTY CLERK
  SANAE N. SHMULL, COURT REPORTER
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
  COLIN THOMPSON, ATTORNEY FOR DEFENDANT
  CHEN, LI WU,  DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE


 Defendant CHEN, Li Wu appeared with court appointed counsel, Attorney Colin
Thompson.  Government was represented by Jamie Bowers, AUSA.  Also present were DEA
Agent, Deborah Muusers and U.S. Probation Officer Margarita Wonenberg.


 Catherine Chang-Sanders was present and sworn as interpreter/translator of the
Mandarin language.


 Defendant waived reading of the indictment and pled NOT GUILTY to the charges
against him.  Court set jury trial for MONDAY, May 9, 2005 at 9:00 a.m.  Pretrial
motions shall be filed by Friday, March 18, 2005.


 Government requested that "no bail" be set at this time and that the defendant be
held in custody.  Court so ordered.  Defendant was remanded into the custody of the
U.S. Marshal.



     Adj. 9:30 a.m.
;   [KLL EOD 03/04/2005]